IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

SHEILA MOHAMMED
_____/

SEALED
INDICTMENT

3:15cr5/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

On or about April 18, 2011, in the Northern District of Florida, the defendant,

**SHEILA MOHAMMED**,

a resident of Pace, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for the calendar year 2010, which contained and was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which United States Individual Income Tax Return, Form 1040, the defendant did not believe to be true and correct as to every material matter, in that the return represented that the defendant's total income for the tax year 2010 was $90.00, when, in truth and fact and as the defendant then well knew, the defendant's total income for the tax year 2010 was approximately $202,807.

In violation of Title 26, United States Code, Section 7206(1).

Returned in open court pursuant to Rule 6(f)
Date 2/18/15
United States Magistrate Judge

## COUNT TWO

On or about April 18, 2011, in the Northern District of Florida, the defendant,

**SHEILA MOHAMMED,**

a resident of Pace, Florida, did willfully make and subscribe a United States Tax Return for an S Corporation, Form 1120S, for The Industrial Medicine Institute, Inc., for the calendar year 2010, which contained and was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which United States Tax Return for an S Corporation, Form 1120S, the defendant did not believe to be true and correct as to every material matter, in that the return represented that the gross receipts for The Industrial Medicine Institute, Inc., for tax year 2010 were $85,845, when, in truth and fact and as the defendant then well knew, the gross receipts for The Industrial Medicine Institute, Inc., for the tax year 2010 were approximately $288,562.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT THREE

On or about May 15, 2012, in the Northern District of Florida, the defendant,

**SHEILA MOHAMMED,**

a resident of Pace, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for the calendar year 2011, which contained and was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which United States Individual Income Tax Return, Form 1040, the defendant did not believe to be true and correct as to every material matter, in that the return represented that the defendant's total income for the tax year 2011

was $11,631, when, in truth and fact and as the defendant then well knew, the defendant's total income for the tax year 2011 was approximately $385,357.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT FOUR

On or about February 28, 2012, in the Northern District of Florida, the defendant,

**SHEILA MOHAMMED**,

a resident of Pace, Florida, did willfully make and subscribe a United States Tax Return for an S Corporation, Form 1120S, for The Industrial Medicine Institute, Inc., for the calendar year 2011, which contained and was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which United States Tax Return for an S Corporation, Form 1120S, the defendant did not believe to be true and correct as to every material matter, in that the return represented that the gross receipts for The Industrial Medicine Institute, Inc., for tax year 2011 were $87,917, when, in truth and fact and as the defendant then well knew, the gross receipts for The Industrial Medicine Institute, Inc., for the tax year 2011 were approximately $461,643.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT FIVE

On or about February 11, 2013, in the Northern District of Florida, the defendant,

**SHEILA MOHAMMED**,

a resident of Pace, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for the calendar year 2012, which contained and was verified by a written declaration that it was made under the penalties of perjury and was

filed with the Internal Revenue Service, which United States Individual Income Tax Return, Form 1040, the defendant did not believe to be true and correct as to every material matter, in that the return represented that the defendant's total income for the tax year 2012 was $6,081, when, in truth and fact and as the defendant then well knew, the defendant's total income for the tax year 2012 was approximately $298,314.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT SIX

On or about February 13, 2013, in the Northern District of Florida, the defendant,

### SHEILA MOHAMMED,

a resident of Pace, Florida, did willfully make and subscribe a United States Tax Return for an S Corporation, Form 1120S, for The Industrial Medicine Institute, Inc., for the calendar year 2012, which contained and was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which United States Tax Return for an S Corporation, Form 1120S, the defendant did not believe to be true and correct as to every material matter, in that the return represented that the gross receipts for The Industrial Medicine Institute, Inc., for tax year 2012 were $61,932, when, in truth and fact and as the defendant then well knew, the gross receipts for The Industrial Medicine Institute, Inc., for the tax year 2012 were approximately $354,165

In violation of Title 26, United States Code, Section 7206(1).

## COUNT SEVEN

On or about March 27, 2014, in the Northern District of Florida, the defendant,

**SHEILA MOHAMMED,**

a resident of Pace, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for the calendar year 2013, which contained and was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which United States Individual Income Tax Return, Form 1040, the defendant did not believe to be true and correct as to every material matter, in that the return represented that the defendant incurred a loss and had a negative total income for the tax year 2013 in an amount of -$16,328, when, in truth and fact and as the defendant then well knew, the defendant earned a total income for the tax year 2013 in an amount of approximately $93,862.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

Redacted per privacy policy

FOREPERSON

2-18-2015
DATE

PAMELA C. MARSH
United States Attorney

TIFFANY M. EGGERS
Assistant United States Attorney