# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**                    **Criminal No.: 13:15cr5/MCR**

**vs.**

**SHEILA MOHAMMED**

## MOTION TO SEAL SENTENCING MEMORANDUM ON BEHALF OF SHEILA MOHAMMED

NOW COMES the Defendant, DR. SHEILA MOHAMMED by and through her undersigned attorney and hereby requests the Court to file under seal the Sentencing Memorandum on Behalf of Sheila Mohammed.

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tiffany Eggers, Assistant United States Attorney, P.O. Box 12726, Pensacola, Florida 32575.

Respectfully Submitted,


By: */s/ Steven W. Bowden*
STEVEN W. BOWDEN
Florida Bar Number: 0274631
Attorney for Defendant
4502 Twin Oaks Drive
Pensacola, Florida  32506
Telephone (850) 456-5779
E-mail:Bowdenlaw@pensacola-lawyer.com
angela@pensacola-lawyer.com
Attorney for the Defendant