# United States District Court

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Time Commenced: 12:59 pm  
Time Concluded: 1:08 pm  

Case No. 3:15cr5/MCR  
Date July 20, 2015

PROCEEDINGS: **Sentencing Hearing (Continued)**

Dft Mohammed's sentencing hearing to be continued to a later date (within 60 days). Separate hearing notice to follow.

PRESENT:  HONORABLE. **M. Casey Rodgers**, CHIEF JUDGE

| Ben Pearce | Susan Simms | Donna Boland | Tiffany Eggers |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)

(1) **Sheila Mohammed**  
✔ present __ custody __ bond ✔ O/R

ATTORNEYS FOR DEFENDANT

(1) Steven Bowden  
✔ present __ apptd. ✔ retained

**Proceeding:**

| 12:59 pm | Court in Session |
| | Court and counsel discuss current loan application re: paying restitution |
| | Counsel request a continuance until loan application is approved |
| | Court continues sentencing to a later date (within 60 days) |
| 1:08 pm | Court in Recess |

Filed in Open Court

7-20-2015  
Initials of Deputy Clerk sps