UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:15cr5MCR

SHEILA MOHAMMED

## NOTICE

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| | |
|---|---|
| Place: | Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, Florida 32502 |
| Room No: | Courtroom II (2nd Floor) |
| Date: | September 14, 2015 |
| Time: | 3:00PM  (CDT) |
| Time Allotted: | 1 Hour** |
| Type of Proceeding: | Sentencing Hearing before the<br>Honorable M. Casey Rodgers, Chief Judge |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                                                        JESSICA LYUBLANOVITS,
                                                        CLERK OF COURT

<u>July 27, 2015</u>                    <u>s/ Mary Maloy</u>
DATE                               Deputy Clerk: Mary Maloy

Copies to:
Honorable M. Casey Rodgers
Tiffany Eggers, AUSA
Steven Bowden, Esq.
US Marshal
US Probation
Court Security


**Note: Should additional time be needed, please notify the court.